# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MEREDITH OFLAHERTY,

    *Petitioner*,

vs.

WARDEN NEVEN, *et al.*,

    *Respondents.*

2:16-cv-01985-JCM-NJK

ORDER

    Court mail has been returned from the last institutional address given by petitioner with a notation indicating that she no longer is at the institution.  The inmate locator on the state corrections department's website reflects that petitioner had been released on parole.  Petitioner has not filed an updated notice of change of address.  As petitioner has failed to comply with LR IA 3-1 of the local rules, which requires that she immediately file written notification of any change of address,

    IT THEREFORE IS ORDERED that this action shall be dismissed without prejudice.

    IT FURTHER IS ORDERED that respondents' unopposed motion (ECF No. 15) for leave to file exhibits *in camera* and under seal is GRANTED.  The court finds, in accordance with the requirements of *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), that a compelling need to protect the privacy and/or personal identifying information of petitioner, the victim and others with regard to the sealed presentence investigation report and substance abuse evaluation outweighs the public interest in open access to court records.  *In camera* submission further was warranted when the motion was filed.

1       IT FURTHER IS ORDERED that all remaining pending motions (ECF Nos. 12 & 17)

2  are DENIED without prejudice as moot.

3       The clerk shall enter final judgment accordingly, dismissing this action without

4  prejudice.

5       DATED: November 15, 2017.

8                          _____
JAMES C. MAHAN
United States District Judge